Exhibit "A"

## Seewald, Jeffrey

**From:** Damian Abreo [DamianA@bdfgroup.com]
**Sent:** Friday, May 18, 2012 12:19 PM
**To:** Seewald, Jeffrey
**Subject:** Haase v. Countrywide, BoA, BDFTE et al. Case No. 07-DCV-161177

Mr. Seewald,

Please accept this email as Barrett Daffin's consent to removal of this case to federal court. If you require anything else from BDFTE, please let me know.

Many thanks,

Damian W. Abreo
Senior Litigation Attorney
Barrett Daffin Frappier Turner & Engel, LLP
1900 St. James Place, Ste. 500
Houston, TX 77056
Phone: 713-693-2027
Fax: 713-693-2025

Board Certified in Consumer Bankrutpcy Law

```
This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure under
applicable law.  If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or use of the
information contained herein (including any reliance thereon) is
STRICTLY PROHIBITED.  PLEAS BE ADVISED THAT THIS FIRM IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.
```

Notice of Confidentiality

This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

5/18/2012