# Exhibit "B"

**Exhibit B**

**CD-rom containing the State Court file which is being hand delivered to the Court under separate cover.**